966 A.2d 549

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Carl COOPER, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 13, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of February, 2009, the Petition for Allowance of Appeal is hereby **DENIED.** The Application to supplement the previously filed petition for allowance of appeal is hereby **DENIED.**